## (February 4, 1975)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CARLOS MORALES, Appellant.— Judgment of the Supreme Court, Kings County, rendered March 26, 1974, affirmed. No opinion. The case is remitted to the Supreme Court, Kings County, for proceedings to direct appellant to surrender himself to said court in order that execution of the judgment be commenced or resumed (CPL 460.50, subd. 5). Latham, Acting P. J., Cohalan, Christ, Brennan and Shapiro, JJ., concur.

## (February 7, 1975)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. STAMPS BROWN, Appellant.— Appeal by defendant, as limited by his brief, from an amended sentence of the Supreme Court, Kings County, imposed July 30, 1973. Amended sentence affirmed. No opinion. The case is remitted to the Supreme Court, Kings County, for proceedings to direct appellant to surrender himself to said court in order that execution of the judgment be commenced or resumed (CPL 460.50, subd. 5). Rabin, Acting P. J., Hopkins, Christ, Brennan and Munder, JJ., concur.